

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN 11, TEXAS

GERALD C. MANN
~~XXXXXXXXXXXXXXXXXXXXX~~
ATTORNEY GENERAL

Honorable T. J. Crowe, Secretary
Texas State Board of Medical Examiners
Texas Bank Building
Dallas, Texas

Dear Sir:                    Opinion No. O-4222-A.

In compliance with your request, we have reconsidered our opinion O-4222. We are of the opinion that said opinion is correct, and therefore affirm the conclusions therein expressed.

Your attention is directed to the fact that the Constitution of the State of Texas prohibits money being withdrawn from the Treasury of the State except pursuant to appropriation made by the Legislature, and further provides that no appropriation shall be made for a longer period then two years. Constitution, Article VIII, Section 6. Under these provisions, it follows that where the Legislature has failed or refused to appropriate moneys for expenditure for particular purposes, the accounting offices of this State have no authority to issue warrants upon the Treasury in payment of expenditures made for such purposes.

                    Yours very truly

                    ATTORNEY GENERAL OF TEXAS

                    s/ R. W. Fairchild


                    By
                        R. W. Fairchild
                        Assistant

RWF:mp/ldw

APPROVED MAR. 10, 1942
s/GROVER SELLERS
FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED OPINION COMMITTEE
BY B. W. B.
CHAIRMAN